**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

PATRICK NICHOLS,

  Plaintiff,

  v.

N. BUMGARNER,

  Defendant.

Civil Action No.:  PX-23-14

**ORDER**

This Court issued an Order attempting to electronically serve Montgomery County Attorney John Markovs on April 14, 2023 (ECF No. 7), but to date, service has not been accepted. Service shall be attempted again as set forth below.

Accordingly, it is this 9th day of August, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL TRANSMIT by mail a copy of this Order, the Complaint, and any Case Management Order previously issued in this case to:  Montgomery County Attorney John Markovs at Office of the County Attorney, 101 Monroe Street, Third Floor, Rockville, Maryland 20850;

2. If service on behalf of Defendants is NOT accepted, counsel or a designated representative SHALL NOTIFY this Court in writing after receipt of all documents and the Clerk shall cause process to promptly issue.

3. If service is accepted, counsel SHALL promptly enter an appearance on behalf of the parties for whom service is accepted;

4. The Clerk SHALL OTHERWISE WITHHOLD service as to Defendants;

5.  Defendants SHALL RESPOND to the Complaint in accordance with Rule 12(a) of the Federal Rules of Civil Procedure and *In re State Prisoner Litigation*, Misc. No. 00-308, Standing Order 2012-01 (D. Md. 2012), **which provides that "the response [is] due no later than sixty (60) days after the date on which counsel first receives a copy of the complaint"**; and

6.  If Defendants require an additional period of time to respond, counsel SHALL FILE such a request for extension within the sixty (60) day period as herein described, pursuant to Federal Rule of Civil Procedure 12(a) and Administrative Order 2012-01.

7.  The Clerk SHALL MAIL a copy of this Order to Plaintiff;

/S/

_____

Paula Xinis
United States District Judge

2