Patrick Nichols
Plaintiff

Civil Action No. 1:23-

V.

FILED ___ ENTERED
LOGGED ___ RECEIVED

SEP 28 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

N. Bumgarner

This is my new Address - MCIC
18800 Roxbury Rd
Hagerstown, MD 21746

Yes I would like to know what's
status on this case Please thank you

Patrick Nichols
9/23/23
1954021