FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

APR 1 5 2024

AT BALTIMORE
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Print clearly and legibly the following information:

Patrick Nichols

_____

Print the full name of plaintiff.

Case No. 1-23-C-V-00014
(Include case number if one has been
assigned, otherwise leave blank.)

-against-

M. Bumgartner

_____

_____

_____

Print the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section 4.

## COMPLAINT
### (Prisoner)

## 1. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known.
This form is designed primarily for prisoners challenging the
constitutionality of their conditions of confinement; those
claims are often brought under 42 U.S.C. § 1983 (against
state, county, or municipal defendants) or in a *"Bivens"*
action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## 2.   PLAINTIFF INFORMATION

Plaintiff must provide the following information. Attach additional pages if necessary.

Patrick                    S                    Nichols
First Name            Middle Initial            Last Name

Abdullah Rahim

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

1952407 1

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number under which you were held)

MCTC

Current Place of Detention

18800 Roxbury Rd

Institutional Address

Hagerstown                    MD                    21746
County, City                    State                    Zip Code

## 3.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee

☑  Convicted and sentenced prisoner

☐  Immigration detainee

☐  Civilly committed detainee

☐  Other: _____

## 4.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to the list of defendants in the case caption at the top of page 1 of this complaint form.

**Attach additional pages as necessary.**

Defendant 1: ~~██████~~ M.    Baumgarner

First Name            Last Name            Badge #

2

Mont. County Police Office

Current Job Title (or other identifying information)

Current Work Address

Bethesda                MD                20850

County, City            State             Zip Code

**Defendant 2:**

First Name              Last Name         Badge #

Current Job Title (or other identifying information)

Current Work Address

County, City            State             Zip Code

**Defendant 3:**

First Name              Last Name         Badge #

Current Job Title (or other identifying information)

Current Work Address

County, City            State             Zip Code

**Defendant 4:**

First Name              Last Name         Badge #

Current Job Title (or other identifying information)

Current Work Address

County, City            State             Zip Code

3

5.  **STATEMENT OF CLAIM**

- Where did the events take place?

  Name of institution _____

  Location in the institution _____

  _____

  If outside an institution, state where 7315 Wisconsin Ave
  Bethesda MD _____

- When did the events take place?

  Month, date, year 3/24/21 _____

  Time of day 1900 hours _____

- State here briefly the FACTS that support your case. Describe

  1.  what happened,

  2.  how you were harmed, and

  3.  how each defendant that you named took wrongful action that caused you harm.

  **Attach additional pages as necessary.**

  On 3/24/21 P03 N. Bumgarner life was
  in No Danger or harm. P.03 N. Bumgarner had
  stop me because they said i had a warn and doing the
  arrest and Search P.03 N. Bumgarner had slam me
  on the grounds and use force for no reason and
  P.03 Schmidt had put his knee on my throat
  and i couldn't breeze for a second. And when
  P.03 N. Bumgarner had slam me on the ground
  and broke my arm and crack two bones in my
  arms P.0.3 N. Bumgarner and P.0.3 Schmidt
  was wrongful for damaging my arm and putting

his knee on my throat and i could'nt breeze for a second my life was in danager.

6. **INJURIES:**

If you were injured as a result of these actions, describe your injuries. Also state if you needed medical treatment and if you received it.

I have a fraunction Arm and my bones is crack in two places of my arm and i need operation on my arm and i be in pain and i'm using pain pills pramelA 25 mg.

7. **RELIEF:**

State briefly what money damages or other relief you want the court to order.

2 millions for my life time damages and pain and stress.

## 8.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

- I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases, and be required to make prepayment of the filing fee before my complaint can go forward in the court.

- I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, plaintiff must also submit an IFP application.**

4/10/24
Date

Plaintiff's Signature

Patrick
First Name

S
Middle Initial

Nichols
Last Name

MCTC 18800 Roxbury Rd
Prison Address

Hagerstown
County, City

MD
State

21746
Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:  4/10/24

6